UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>K. ALLISON, SEC'Y CDCR; R. GODWIN, WARDEN AT PVSP; O. ONYEJE, CME AT PVSP, *in their official and individual capacities*,<br><br>    Defendants. | Case No. 1:21-cv-00494-HBK<br><br>ORDER REQUIRING THE WARDEN OF PLEASANT VALLEY STATE PRISON TO RESPOND TO PLAINTIFF'S MOTION<br><br>(Doc. No. 3)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION (DOC. NO. 3) TO AN ASSISTANT ATTORNEY GENERAL, THE WARDEN OF PLEASANT VALLEY STATE PRISON, AND THE LITIGATION COORDINATOR AT PLEASANT VALLEY STATE PRISON |

    Pending before the court is plaintiff's motion for temporary restraining order and/or preliminary injunction. (Doc. No. 3). Jared Davis, a prisoner at Pleasant Valley State Prison, initiated this action proceeding *pro se*, by filing a 42 U.S.C. § 1983 Complaint related to Pleasant Valley's Covid-19. (Doc. No. 1) The court granted Plaintiff's motion for leave to proceed *in forma pauperis*. (Doc. 5).

    Both the complaint and the motion allege that the Covid-19 practices at Pleasant Valley are contributing to the spread of the Covid-19 virus, primarily the denial of adequate supplies to

1

clean the facility and housing inmates with potentially infected inmates, under the threat of disciplinary sanctions for non-compliance. (Doc. No. 1 at 3, Doc. No. 3 at 1). Plaintiff challenges these policies, or practices, at Pleasant Valley and claims the virus is widespread. (*Id.*). Specifically, plaintiff alleges correctional officials are not re-testing Covid-19 positive inmates following their release from quarantine, before re-housing the ill inmate with the healthy inmate, thereby contributing to the spread of the Covid-19 virus. (Doc. No. 3. at 2). Plaintiff alleges he caught the virus after being housed with an inmate released from quarantined, who was not re-tested before release. (*Id.*).

Based on plaintiff's allegations, the court will direct the Warden at Pleasant Valley State Prison to respond to plaintiff's motion for temporary injunction. *See Criswell v. Boudreaux*, Case No. 1:20-cv-01048-DAD-SAB, 2020 WL 7646405 (E.D. Ca. Dec. 23, 2020).

Accordingly, it is **ORDERED**:

1. Within fourteen (14) days from the date of service of this order, the Warden of Pleasant Valley State Prison shall file a response to plaintiff's motion for a temporary restraining order and/or preliminary injunction.

2. The Clerk of Court is directed to serve a Deputy Attorney General, the Warden of Pleasant Valley State Prison, and the Litigation Coordinator at Pleasant Valley State Prison with a copy of this order and Plaintiff's motion (Doc. No. 3).

IT IS SO ORDERED.

Dated: May 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE