UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED DAVIS, | No. 1:21-cv-00494-NONE-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| K. ALLISON, et. al., | (Doc. No. 14) |
| Defendants. | |

Plaintiff Jared Davis initiated this action as a prisoner proceeding *pro se* by filing a civil rights complaint under 42 U.S.C. § 1983 as well as a motion for a temporary restraining order. (Doc. Nos. 1, 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On August 25, 2021, the assigned magistrate judge issued a Findings and Recommendations recommending the denial of plaintiff's motion for a temporary restraining order, which was construed as a motion for a preliminary injunction. (Doc. No. 14 at 1, n. 2). The findings and recommends served on plaintiff and contained notice that objections to the findings and recommendations were due within fourteen days of receipt of the order. (*Id.* at 1, 12.) Plaintiff has not filed any objections and the time to do so has passed. (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings

and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations filed on August 25, 2021 (Doc. No. 14) are adopted;

2. Plaintiff's motion for a temporary restraining order, construed as a motion for a preliminary injunction is denied (Doc. No. 2);

3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 18, 2021**

UNITED STATES DISTRICT JUDGE